**SUPPRESSED**

FILED

MAY 0 9 2012

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
                    Plaintiff, )
) No.
vs. )
)
MICHAEL DARRIS, )
)
                    Defendant. )

**4:12CR00186ERW**

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about October 20, 2010, in the City of St. Louis, within the Eastern District of

Missouri,

**MICHAEL DARRIS,**

the Defendant herein, did knowingly and intentionally distribute twenty-eight (28) grams or more

of a mixture or substance containing a detectable amount of cocaine base, a Schedule II

controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title

21, United States Code, Section 841(b)(1)(B).

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney