UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:12 CR 186 ERW/MLM |
| ) | |
| MICHAEL DARRIS, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Missouri hereby dismisses the Indictment against the defendant without prejudice.

RICHARD G. CALLAHAN
United States Attorney

 *s/Patrick T. Judge*
PATRICK T. JUDGE, #39676MO
Asst. United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

_____
E. RICHARD WEBBER                    DATE
UNITED STATES DISTRICT JUDGE

Dated:  This ___ day of September 2012.